## United States District Court for the Northern District of Illinois

Case Number: 08cv4094     Assigned/Issued By: j. n.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons     ☐ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
☐ Citation to Discover Assets     (Victim, Against and $ Amount)
☐ Writ _____
   (Type of Writ)

<u>1</u> Original and <u>0</u> copies on <u>7-30-08</u> as to <u>city of chicago</u>
                                    (Date)

_____