AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

William Condon,

CASE NUMBER: 08 C 4094

V.

ASSIGNED JUDGE: Leinenweber

City of Chicago, and Unknown Chicago Police Officers,

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

City of Chicago
c/o City Clerk
121 N. LaSalle, Room 107
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Basileios J. Foutris
Foutris Law Office, Ltd.
53 W. Jackson, Suite 252
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

July 30, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-31-08 |
| NAME OF SERVER *(PRINT)* Basileios J. Foutris | TITLE Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: City of Chicago, Nancy Nieminski, City Clerk's Office, 121 N. LaSalle, Room 107, Chicago, IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-31-08
Date

Signature of Server

Foutris Law Office, Ltd.
53 W. Jackson, Ste 252
Chicago, IL 60604
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.