**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM CONDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 4094 |
| | ) | |
| CITY OF CHICAGO, CHICAGO POLICE | ) | Judge Leinenweber |
| OFFICER DARRELL SMITH #16387, and | ) | |
| CHICAGO POLICE OFFICER STEVEN | ) | Magistrate Judge Valdez |
| LEVEILLE #8637, | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**AMENDED COMPLAINT**

NOW COMES the Plaintiff, WILLIAM CONDON, by and through his attorney, BASILEIOS J. FOUTRIS, and for his Amended Complaint against the Defendants, CITY OF CHICAGO, CHICAGO POLICE OFFICER DARRELL SMITH #16387, and CHICAGO POLICE OFFICER STEVEN LEVEILLE #8637, states as follows:

**Nature of Action**

1. This action is brought pursuant to the Laws of the United States Constitution, specifically through 42 U.S.C. §1983 and 42 U.S.C. §1988, and the Laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff by the Defendants when the Plaintiff was arrested on July 19, 2007 by the Defendants.

**Jurisdiction and Venue**

2. This Court has jurisdiction pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343, and 28 U.S.C. §1367.

3. At all relevant times, the Plaintiff was a resident of the State of Illinois in this Judicial District.

1

4. The City of Chicago is a municipal corporation located in the State of Illinois in this Judicial District. At all relevant times, the City of Chicago was the employer of Defendants, CHICAGO POLICE OFFICER DARRELL SMITH #16387 and CHICAGO POLICE OFFICER STEVEN LEVEILLE #8637. The Defendants, CHICAGO POLICE OFFICER DARRELL SMITH #16387 and CHICAGO POLICE OFFICER STEVEN LEVEILLE #8637 ("Defendant Officers" hereafter), were at all relevant times employed by the City of Chicago as duly appointed police officers in the City of Chicago acting within the course and scope of their employment and under color of law.

5. All the events giving rise to the claims asserted herein occurred within this Judicial District.

**Facts**

6. On July 19, 2007, the Plaintiff was arrested in Chicago, Illinois by police officers employed by the City of Chicago.

7. He was arrested by the Defendant Officers.

8. At the time of his arrest, without warning or provocation, the Plaintiff was beaten by the Defendant Officers.

9. The Plaintiff suffered bodily harm due to the manner in which he was treated by the Defendant Officers.

10. The Plaintiff sustained injuries which have necessitated medical treatment due to the Defendant Officers' actions.

11. There was no probable cause or legal justification to handle the Plaintiff in a manner that caused injuries to the Plaintiff.

12. The Defendant Officers' acts were intentional, willful and wanton.

### COUNT I- 42 U.S.C. §1983
### Excessive Force- Smith and Leveille

13. The Plaintiff realleges Paragraphs 1 through 12, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 13.

14. As described above, the Defendant Officers used excessive force during the arrest of the Plaintiff.

15. The misconduct was undertaken by the Defendant Officers under color of law, under the course and scope of their employment, was objectively unreasonable, with malice, and was undertaken intentionally with willful indifference to the Plaintiff's constitutional rights.

16. The Defendant Officers' acts were undertaken in violation of the Plaintiff's rights as guaranteed by the United States Constitution.

17. As a direct and proximate result of the Defendant Officers' acts the Plaintiff was injured, suffered emotional anxiety, mental trauma, humiliation, fear, stress, pain and suffering, and other damages.

WHEREFORE, the Plaintiff, WILLIAM CONDON, prays for judgment in his favor and against the Defendants, CHICAGO POLICE OFFICER DARRELL SMITH #16387 and CHICAGO POLICE OFFICER STEVEN LEVEILLE #8637, awarding compensatory damages, attorney fees, costs, and punitive damages against the Defendants, as well as any other relief this Court deems just and appropriate.

**Count II- Illinois State Law**
**Battery- City of Chicago**

18. The Plaintiff realleges Paragraphs 1 through 17, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 18.

19. As described above, the Defendant Officers, employees of the City of Chicago, intended to cause, and did cause, harmful and offensive contact of the Plaintiff during the arrest of the Plaintiff.

20. The misconduct was undertaken by the Defendant Officers under color of law, under the course and scope of their employment as City of Chicago Officers, was objectively unreasonable, with malice, and was undertaken intentionally and was willful and wanton.

21. Defendant City of Chicago is liable as principal for all torts committed by its agents.

22. As a direct and proximate result of the acts of the Defendant Officers, employees of the City of Chicago, Plaintiff was injured, suffered emotional anxiety, mental trauma, humiliation, fear, stress, pain and suffering, and other damages.

WHEREFORE, the Plaintiff, WILLIAM CONDON, prays for judgment in his favor and against the Defendant, CITY OF CHICAGO, awarding compensatory damages against the Defendant, as well as any other relief this Court deems just and appropriate.

**Count III- Illinois State Law**
**Indemnification- City of Chicago**

23. The Plaintiff realleges Paragraphs 1 through 22, inclusive, and incorporates those Paragraphs herein, as though fully stated as this Paragraph 23.

4

24.     At all relevant times the Defendant Officers were acting under color of law and under the course and scope of their employment.

25.     At all relevant times the City of Chicago was the employer of the Defendant Officers.

WHEREFORE, the Plaintiff, WILLIAM CONDON, pursuant to 745 ILCS 10/9-102, demands judgment against Defendant, CITY OF CHICAGO, in the amounts awarded to the Plaintiff against the individual Defendants, and for whatever additional relief this Court deems just and appropriate.

## JURY DEMAND

The Plaintiff demands a trial by jury on all Counts.

Respectfully Submitted by,

s/Basileios J. Foutris
BASILEIOS J. FOUTRIS
Attorney for Plaintiff WILLIAM CONDON
FOUTRIS LAW OFFICE, LTD.
53 W. Jackson, Suite 252
Chicago, IL 60604
312-212-1200

Basileios J. Foutris
FOUTRIS LAW OFFICE, LTD.
Attorney for Plaintiff WILLIAM CONDON
53 West Jackson, Suite 252
Chicago, IL 60604
(312) 212-1200

**CERTIFICATE OF SERVICE**

The undersigned, attorney of record herein, hereby certifies that on October 23, 2008 the foregoing **AMENDED COMPLAINT** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, along with judge's courtesy copies being delivered, which will send notification of such filing to the following: Ashley C. Kosztya at ashley.kosztya@cityofchicago.org.

        s/Basileios J. Foutris
        BASILEIOS J. FOUTRIS
        Attorney for Plaintiff WILLIAM CONDON
        FOUTRIS LAW OFFICE, LTD.
        53 W. Jackson, Suite 252
        Chicago, IL 60604
        312-212-1200